UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-13363 |
| | | CHAPTER 13 |
| MARIO D DE LA NUEZ | | |
| MERIDITH L BENSON | : | JUDGE BETH A. BUCHANAN |
|     DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    After the filing of the Trustee's Certification of Final Payment, the Trustee reports that a check (s) sent to the debtor have not been cashed or have been returned as undeliverable. Trustee has made inquiry through debtor(s)' counsel regarding a forwarding address, but no further information for rectifying this refund has been provided. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 921151 | $1835.53 |

Debtors Address
MARIO D DE LA NUEZ
MERIDITH L BENSON
1948 FAIRFAX AVE
CINCINNATI, OH  45207

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Guinevere D. O'Shea, Esq.
       Staff Attorney
       Attorney Reg No. OH 0086523

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       goshea@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing <u>Notice of Transmittal of Unclaimed Fund</u>s was served on the parties listed below by **ordinary U.S. Mail** on this day, July 01, 2014.

                                                           /s/     <u>Margaret A. Burks, Esq.</u>
                                                                            Margaret A. Burks, Esq.

Debtor(s)
MARIO D DE LA NUEZ
MERIDITH L BENSON
1948 FAIRFAX AVE
CINCINNATI, OH  45207

Debtor(s) Counsel
PAUL J. MINNILLO, ESQ.
MINNILLO & JENKINS CO., LPA
2712 OBSERVATORY AVENUE
CINCINNATI, OH  45208

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Debtors